**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JOSEPH ANTHONY KING**                                                    **PLAINTIFF**

**v.**                                                                   **No. 1:26-cv-64-RPC-RP**

**MONROE COUNTY SHERIFF DEPT.**                                            **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO
COMPLETE AND RETURN *IN FORMA PAUPERIS*
APPLICATION, AUTHORIZATION, AND CERTIFICATE**

**Joseph Anthony King** has submitted a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The court finds that Plaintiff's application for *in forma pauperis* status includes statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*. Therefore, it is **ORDERED**:

(1) That within 21 days plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is warned that his failure to comply with the requirements of this order may lead to the dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 29th day of April, 2026.

/s/ Roy Percy
_____

**UNITED STATES MAGISTRATE JUDGE**